# ATTACHMENT B

In The Matter Of

The Arbitration Between:

**Air Line Pilots Association, International**
**And**
**Frontier Airlines, Inc.**

Direct Appointment by the Parties
LOA 67 Grievance; Griev. No. 16-08-0082
Date of Award: August 7, 2017

<u>Award</u>

After having considered the evidence and arguments of the parties, the System Board of Adjustment awards as follows:

**1. The Company has violated Par. A.3 of LOA 67.**
**2. Both parties have an obligation to bargain in good faith pursuant to the precepts contained in the accompanying decision and pursuant to the requirements of Par. A.3 of LOA 67 and are ordered to do so.**
**3. The System Board shall retain jurisdiction for a period of days from the date of this award for the purpose of resolving any dispute arising out of the remedy ordered herein.**

Brian Ketchum                                         Gerard Arellano
Association-designee                                  Company-designee
Concur/dissent                                        concur/dissent


Lawrence T. Holden, Jr.
Impartial Chairman