# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Air Line Pilots Association, Int'l v. Frontier Airlines, Inc.

Case Number: 1:18-cv-05089

An appearance is hereby filed by the undersigned as attorney for:

Air Line Pilots Association, International

Attorney name (type or print): Rami N. Fakhouri

Firm: Goldman Ismail Tomaselli Brennan & Baum LLP

Street address: 564 W. Randolph St., Ste. 400

City/State/Zip: Chicago, IL 60661

Bar ID Number: 6303267
(See item 3 in instructions)

Telephone Number: (312) 681-6000

Email Address: rfakhouri@goldmanismail.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 25, 2018

Attorney signature: S/ Rami N. Fakhouri
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015