# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | ) ) ) |
| Plaintiffs, | ) No. 1:18-cv-05089 ) |
| v. | ) ) |
| FRONTIER AIRLINES, INC., | ) ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Plaintiff Air Line Pilots Association, International ("ALPA") hereby states that ALPA is an unincorporated membership association with no publicly held affiliates.

Dated: July 25, 2018

**AIR LINE PILOTS ASSOCIATION, INTERNATIONAL**

By: /s/ Rami N. Fakhouri

Rami N. Fakhouri
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel.: (312) 681-6000
Fax: (312) 881-5191
rfakhouri@goldmanismail.com

Jonathan A. Cohen (*Of Counsel*)
Marcus C. Migliore (*Pro Hac Vice Pending*)
Air Line Pilots Association, Int'l
1625 Massachusetts Avenue NW
Washington, DC 20036
(202) 797-4000
marcus.migliore@alpa.org
jonathan.cohen@alpa.org

                                Thomas N. Ciantra (*Pro Hac Vice pending*)
                                Air Line Pilots Assoc., Int'l
                                535 Herndon Parkway
                                Herndon, VA 20170
                                Tel:  (703) 481-2468
                                thomas.ciantra@alpa.org

## **CERTIFICATE OF SERVICE**

I, Rami N. Fakhouri, an attorney, hereby certify that on July 25, 2018, I caused a true and complete copy of the foregoing document be served upon all counsel of record in this action via the U.S. District Court CM/ECF e-filing system.

/s/ Rami N. Fakhouri
Rami N. Fakhouri