IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Air Line Pilots Association, International, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:18-cv-5089 |
| v. | ) | |
| | ) | |
| Frontier Airlines, Inc., | ) | Hon. Charles R. Norgle |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Marcus C. Migliore's Motion to Appear Pro Hac Vice [5] is granted. Thomas N. Ciantra's Motion to Appear Pro Hac Vice [6] is granted

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: August 24, 2018