**ADDENDUM**

| Title of Court | Date Admitted |
|---|---|
| United States Court of Appeals for the Ninth Circuit | June 4, 1979 |
| United States Court of Appeals for the Second Circuit | Dec. 12, 2014 |
| United States Court of Appeals for the Seventh Circuit | Mar. 24, 1989 |
| United States Court of Appeals for the Third Circuit | Nov. 4, 2003 |
| United States District Court for the Central District of California | June 27, 1975 |
| United States District Court for the Eastern District of New York | July 7, 1992 |
| United States District Court for the Western District of North Carolina | Aug. 8, 2011 |
| United States District Court for the Eastern District of Wisconsin | Dec. 24, 2014 |