IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | Case No. 1:18-cv-05089<br><br>Honorable Charles R. Norgle, Sr. |

**NOTICE OF PRESENTMENT**

PLEASE TAKE NOTICE that on Friday, **October 12, 2018**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Hon. Charles R. Norgle, Sr. in Courtroom 2341 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Defendant Frontier Airlines, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

Dated: September 24, 2018.

Respectfully Submitted,

/s/ *Larry S. Kaplan*
Larry S. Kaplan (ARDC No. 1398717)
KAPLAN, MASSAMILLO & ANDREWS, LLC
200 West Madison Street, 16th Floor
Chicago, IL 60606
Telephone: (312) 345-3000
Facsimile: (312) 345-3119
lkaplan@kmalawfirm.com

and

Robert A. Siegel (*pro hac vice pending*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
rsiegel@omm.com

*Attorneys for Defendant*
*Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned certifies that, on September 24, 2018, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing Notice of Presentment of Defendant Frontier Airlines, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the court.

                                                  */s/ Larry S. Kaplan*
                                                    Larry S. Kaplan