# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Air Line Pilots Association, International

                                             Plaintiff,

v.                                                          Case No.: 1:18−cv−05089
                                                            Honorable Charles R. Norgle Sr.

Frontier Airlines, Inc.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 11, 2018:

      MINUTE entry before the Honorable Charles R. Norgle: Motion for extension of time to respond to Plaintiff's complaint [11] is granted. The parties are not required to appear before the court on Friday, October 12, 2018. An Agreed Written Status Report is due on 1/10/2019. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.