# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 18-cv-05089<br>)<br>) |
| FRONTIER AIRLINES, INC., | ) Hon. Charles R. Norgle<br>) |
| Defendant. | ) |

## ORDER

Attorney Robert Siegel's Motion for Leave to Appear Pro Hac Vice [10] is granted.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: October 26, 2018