# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Air Line Pilots Association, Intl. v. Frontier Airlines, Inc.

Case Number: 1:18-cv-05089

An appearance is hereby filed by the undersigned as attorney for:
Frontier Airlines, Inc.

Attorney name (type or print): James E. Cummings

Firm: Kaplan, Massamillo & Andrews, LLC

Street address: 200 W. Madison Street, 16th Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6308818
(See item 3 in instructions)

Telephone Number: 312-345-3000

Email Address: jcummings@kmalawfirm.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 15, 2018

Attorney signature: S/ James E. Cummings

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015