# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | Case No. 1:18-cv-05089<br><br>Hon. Charles R. Norgle, Sr.<br><br>Magistrate Judge M. David Weisman |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, Air Line Pilots Association, International ("ALPA"), and Defendant Frontier Airlines, Inc. ("Frontier"), through undersigned counsel, hereby stipulate and agree to the dismissal of this action with prejudice, each bearing its own costs and attorneys' fees.

Dated: December 10, 2018

/s/ *Rami N. Fakhouri*
Rami N. Fakhouri
Goldman Ismail Tomaselli
Brennan & Baum LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Telephone: (312) 681-6000
Fax: (312) 881-5191
rfakhouri@goldmanismail.com

Jonathan A. Cohen
Marcus C. Migliore (*pro hac vice*)
Air Line Pilots Association, Int'l
1625 Massachusetts Avenue NW
Washington, DC 20036
(202) 797-4000
marcus.migliore@alpa.org

/s/ *Larry S. Kaplan*
Larry S. Kaplan
KAPLAN, MASSAMILLO & ANDREWS, LLC
200 West Madison Street, 16th Floor
Chicago, IL 60606
Telephone: (312) 345-3000
lkaplan@kmalawfirm.com

Robert A. Siegel (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
rsiegel@omm.com

jonathan.cohen@alpa.org

Thomas N. Ciantra (*pro hac vice*)
Air Line Pilots Association, Int'l
535 Herndon, VA 20170
Telephone: (703) 481-2468
thomas.ciantra@alpa.org

*Attorneys for Plaintiff Air Line Pilots
Association, International*

*Attorneys for Defendant
Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned certifies that, on December 10, 2018, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing Stipulation of Dismissal was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the court.

                                                  */s/ Rami N. Fakhouri*