# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Air Line Pilots Association, International

                                                         Plaintiff,

v.                                                                 Case No.: 1:18−cv−05089

                                                                    Honorable Charles R. Norgle Sr.

Frontier Airlines, Inc.

                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 13, 2018:

      MINUTE entry before the Honorable Charles R. Norgle: Case dismissed with prejudice, each side bearing its own costs and attorneys' fees [19]. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.